UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAMRON BELCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00482-DCN<br><br>**ORDER FOR PLAINTIFF TO ACT** |

  The Court has been notified that Plaintiff Camron Belcher was released from the custody of the Idaho Department of Corrections on January 27, 2023, having served his full sentences (Dkt 54-1 in Case No. 1:21-cv-00393-BLW). Plaintiff has a large number of cases pending in the district, and has not filed a change of address in his cases, causing his mail to be returned to the Court as undeliverable. *See, e.g., Belcher v. Little*, 1:22-cv-00433-BLW; *Belcher and Lasater v. Little*, 1:22-cv-00472-BLW. Nor has Plaintiff filed amended pleadings within the deadlines set in his cases. *See, e.g., Belcher v. Little*, 1:22-cv-00504-CWD.

  Because it appears that Plaintiff may have abandoned his cases, **IT IS ORDERED** that Plaintiff must file a notice of change of address and intent to proceed in this case

**ORDER FOR PLAINTIFF TO ACT - 1**

within **14 days** after entry of this Order. Failure to do so may result in dismissal of this case without further notice.

DATED: March 2, 2023

David C. Nye
Chief U.S. District Court Judge

**ORDER FOR PLAINTIFF TO ACT - 2**